UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VERONICA BUNCE,

                         Plaintiff,              6:14-CV-0761
                                                   (GTS/ATB)
v.

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

THE ANTONOWICZ GROUP               PETER W. ANTONOWICZ, ESQ.
  Counsel for Plaintiff
148 West Dominick Street
Rome, New York 13440

SOCIAL SECURITY ADMINISTRATION     KRISTINA D. COHN, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Andrew T. Baxter, filed on July 23, 2015, recommending that the Commissioner's decision be affirmed, and that Plaintiff's Complaint be dismissed. (Dkt. No. 18.) Objections to the Report-Recommendation have not been filed, and the time period in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers in this action, including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation. As a result, the Report-Recommendation is accepted and adopted in its entirety, the Commissioner's decision is

affirmed, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 18) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: September 11, 2015
Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge